**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 06-444-TUC-CKJ (GEE) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Jose Erik Gamboa-Aleman, ) | |
| Defendant. ) | |

Pending before the court is a motion to preserve evidence filed by the defendant on March 27, 2006. [doc. # 15] The government filed a response on May 3, 2006.

The defendant is charged with conspiracy to possess with intent to distribute marijuana and possession with intent to distribute marijuana.

At some time prior to the filing of the motion, the government notified the defendant of its intention to destroy the confiscated contraband. The defendant moves that this court order the government to preserve all evidence in the case so he will have enough time to file a proper discovery motion if he decides to do so. The government argues the evidence at issue is not discoverable under Rule 16. FED.R.CRIM.P.

The government's argument is premature. The defendant has not yet made a motion under Rule 16. FED.R.CRIM.P. The government should offer its argument when, and if, the defendant moves for discovery under the rule. The defendant's motion will preserve the

status quo and allow him a reasonable chance to evaluate his case and file a proper motion. The government offers no evidence that it would be prejudiced if the motion is granted. Good cause appearing,

IT IS ORDERED that the motion to preserve evidence filed by the defendant on March 27, 2006 is GRANTED. [doc. # 15]

The parties are reminded that pursuant to Local Criminal Rule 12.1 (which references Local Civil Rule 7.2) discovery motions should not be filed "unless a statement of moving counsel is attached thereto certifying that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter."

DATED this 10th day of May, 2006.

/s/ Glenda E. Edmonds
Glenda E. Edmonds
United States Magistrate Judge